UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
ADAM A. JAMISON, :
:
                  Plaintiff, :   07 Civ. 5540 (GEL)
:
  -v- :   **ORDER**
:
FIRST DEPUTY CLERK JOHN MURRAY et al., :
:
                 Defendants. :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

GERARD E. LYNCH, District Judge:

      Having carefully reviewed the well-reasoned Report and Recommendation of United States Magistrate Judge Gabriel W. Gorenstein, dated November 6, 2007, and having received no objections from any party, it is hereby

      ORDERED that, pursuant to Fed. R. Civ. P. 4(m), the complaint be dismissed without prejudice for failure to effect service.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                                        GERARD E. LYNCH
                                               United States District Judge